**EXHIBIT A**



Tyler H. DeWitt, Esq., CPA
tyler@thedewittfirm.com
*Memphis, TN Office*
(p) 901.300.2788
(f) 901.209.0090

February 12, 2020

Department of the Treasury
Internal Revenue Service
Austin, TX  73301-0052

**RE:**  **Dennis C. Gomas Sr. (** ▮▮▮▮▮ **)**
**Suzanne R. Gomas (** ▮▮▮▮▮
**Amended Tax Returns for Tax Years 2017 & 2018**

Dear Sir or Madam:

This letter is submitted on behalf of my clients, Mr. Dennis C. Gomas Sr. and Mrs. Suzanne R. Gomas. Mr. and Mrs. Gomas are elderly taxpayers who are the victims of fraud, committed by Mrs. Gomas' own daughter, Suzanne Eileen Anderson ▮▮▮▮▮. Ms. Anderson is responsible for defrauding Mr. and Mrs. Gomas out of over $2 million dollars between approximately 2010 and 2018, in an elaborate scheme of organized fraud. Mr. and Mrs. Gomas were forced to take distributions from Mr. Gomas' retirement account(s) in 2017 and 2018 in order to pay the fictitious invoices, fake attorneys' fees, and other fraudulent mechanisms used by Ms. Anderson. Mr. and Mrs. Gomas were effectively swindled out of their entire retirement savings.

On October 12, 2018, a police report was filed with the Hernando County Sheriff's Office. I have enclosed a copy of this report with this letter. The filing of the report launched an investigation by the organized fraud division of the Hernando County Sheriff's Office. That office is continuing to investigate Ms. Anderson and indictment (on multiple felony counts) is imminent.

In light of these facts and circumstances, Mr. and Mrs. Gomas have amended their 2017 and 2018 federal income tax returns. As a matter of law, Mr. and Mrs. Gomas are considered distributees under I.R.C. § 408(d)(1) because they did not receive an economic benefit from the retirement distributions. See Roberts v. Comm'r, 141 T.C. 569 (2013). Instead, the economic benefit was enjoyed by Ms. Anderson, who, absent the filing of these amended returns, effectively gained over $2 million dollars tax-free.



**MEMPHIS, TN**
3189 Kirby Whitten Road, Suite 106
Memphis, TN 38134
(901) 300-2788
(901) 209-0090 FAX

**NASHVILLE, TN**
9005 Overlook Blvd
Brentwood, TN 37027
(615) 994-0051
(615) 465-0304 FAX

OFFICE@THEDEWITTFIRM.COM    *LICENSED TO PRACTICE LAW IN TENNESSEE & FLORIDA*    WWW.THEDEWITTFIRM.COM

In light of these facts and circumstances, Mr. and Mrs. Gomas have filed IRS form 1099 for tax years 2017 and 2018, identifying Ms. Anderson as the recipient of the retirement distributions.

Please call me at (901) 300-2788 as soon as possible to discuss resolution of this matter. I look forward to speaking with you.

Sincerely,

Tyler H. DeWitt

| Form **2848** (Rev. January 2018) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150 |
|---|---|---|

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date __/__/__

**Part I** **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| Dennis C. Gomas ▇▇▇▇▇ | ▇▇▇▇ |
|  | Daytime telephone number (901)300-2788     Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | | |
|---|---|---|
| Tyler H. DeWitt, Esq. 3189 Kirby Whitten Rd., Suite 106 Memphis, TN 38134 | CAF No. ▇▇▇▇ PTIN Telephone No. (901)300-2788 Fax No. 901-209-0090 | |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☐   Telephone No. ☐ | Fax No. ☐ |

| Name and address | | |
|---|---|---|
|  | CAF No. PTIN Telephone No. Fax No. | |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐   Telephone No. ☐ | Fax No. ☐ |

| Name and address | | |
|---|---|---|
|  | CAF No. PTIN Telephone No. Fax No. | |
| (**Note:** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐ | Fax No. ☐ |

| Name and address | | |
|---|---|---|
|  | CAF No. PTIN Telephone No. Fax No. | |
| (**Note:** IRS sends notices and communications to only two representatives.) | Check if new: Address ☐   Telephone No. ☐ | Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Income | 1040 | 2000-2020 |
| Civil Penalties | n/a | ALL PERIODS |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;   ☐ Substitute or add representative(s);   ☐ Sign a return;

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.     Cat. No. 11980J     Form **2848** (Rev. 1-2018)

Form 2848 (Rev. 1-2018)                                                                                      Page **2**

**b**  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

**6**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**  **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| *Dennis C. Gomas (signature)* | 11/14/19 | |
| Signature | Date | Title (if applicable) |
| Dennis C. Gomas | | |
| Print Name | Print name of taxpayer from line 1 if other than individual | |

| Part II | Declaration of Representative |
|---|---|

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;

• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;

• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and

• I am one of the following:

**a**  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

**b**  Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.

**c**  Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.

**d**  Officer—a bona fide officer of the taxpayer organization.

**e**  Full-Time Employee—a full-time employee of the taxpayer.

**f**  Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

**g**  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

**h**  Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.**

**k**  Qualifying Student—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.

**r**  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| a | ███ | ███ | *(signature)* | 11/14/19 |
| | | | | |
| | | | | |
| | | | | |

| Form **2848** (Rev. January 2018) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150 **For IRS Use Only** Received by: Name _____ Telephone _____ Function _____ Date ___/___/___ |

### Part I   Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| Suzanne R. Gomas 278 Greenwich Cir. Spring Hill, FL 34609 | |
| | Daytime telephone number (901)300-2788 | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | | |
|---|---|---|
| Tyler H. DeWitt, Esq 3189 Kirby Whitten Rd., Suite 106 Memphis, TN 38134 | CAF No. PTIN Telephone No.  901-300-2788 Fax No.  901-209-0090 | |
| Check if to be sent copies of notices and communications  ☑ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ | |
| Name and address | CAF No. PTIN Telephone No. Fax No. | |
| Check if to be sent copies of notices and communications  ☐ | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ | |
| Name and address | CAF No. PTIN Telephone No. Fax No. | |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ | |
| Name and address | CAF No. PTIN Telephone No. Fax No. | |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ | |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Income | 1040 | 2000-2020 |
| Civil Penalties | n/a | ALL PERIODS |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Use Not Recorded on CAF . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☐ Access my IRS records via an Intermediate Service Provider;

☐ Authorize disclosure to third parties;  ☐ Substitute or add representative(s);  ☐ Sign a return;

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.   Cat. No. 11980J   Form **2848** (Rev. 1-2018)

Form 2848 (Rev. 1-2018)                                                                                      Page **2**

**b**  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b):

**6**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**  **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| *Suzanne R. Gomas* | 11-14-19 | |
| Signature | Date | Title (if applicable) |
| Suzanne R. Gomas | | |
| Print Name | | Print name of taxpayer from line 1 if other than individual |

**Part II**  **Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

   **a**  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
   **b**  Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
   **c**  Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
   **d**  Officer—a bona fide officer of the taxpayer organization.
   **e**  Full-Time Employee—a full-time employee of the taxpayer.
   **f**  Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
   **g**  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
   **h**  Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.**
   **k**  Qualifying Student—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
   **r**  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

Note: For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| a | ▬ | ▬ | *R. Hess* | 11/14/19 |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2018)

Do Not Staple    6969

| Form **1096** | | OMB No. 1545-0108 |

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

20**17**

FILER'S name

Dennis C. Gomas, Sr.

Street address (including room or suite number)

City or town, state or province, country, and ZIP or foreign postal code

Name of person to contact
Dennis C. Gomas, Sr.

Telephone number
813-603-1350

Email address

Fax number
813-603-1353

For Official Use Only

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| | | 1 | $ | $ 1,174,020 |

6 Enter an "X" in only one box below to indicate the type of form being filed.   7 Form 1099-MISC with NEC in box 7, check . . . . . ▶ ☐

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1098-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *[signature]*  Title ▶  Date ▶ 2-8-2020

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/form1096.*

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE system. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the Internal Revenue Service.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2017 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G. A filer is any person or entity who files any of the forms shown in line 6 above.

Enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2018.

**Caution:** File Form 1099-MISC by January 31, 2018, if you are reporting **nonemployee compensation** in box 7. Also, check box 7 above.

• With Forms 5498, file by May 31, 2018.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following three-line address |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2017 General Instructions for Certain Information Returns.

Cat. No. 14400O    Form **1096** (2017)

Do Not Staple                    6969

| Form **1096** | | Annual Summary and Transmittal of U.S. Information Returns | OMB No. 1545-0108 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | **2018** |

FILER'S name

Dennis C. Gomas, Sr.

Street address (including room or suite number)

City or town, state or province, country, and ZIP or foreign postal code

| Name of person to contact | Telephone number | **For Official Use Only** |
|---|---|---|
| Dennis C. Gomas, Sr. | 813-603-1350 | |
| Email address | Fax number 813-603-1353 | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms 1 | 4 Federal income tax withheld $ | 5 Total amount reported with this Form 1096 $ 1,245,727 |
|---|---|---|---|---|

6 Enter an "X" in only one box below to indicate the type of form being filed.    7 Form 1099-MISC with NEC in box 7, check ▸ ☐

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1098-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▸ *[signature]*     Title ▸     Date ▸ 2-8-20

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE system. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2018 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2019.

**Caution:** We recommend you file Form 1099-MISC, as a **stand-alone** shipment, by January 31, 2019, if you are reporting **nonemployee compensation (NEC)** in box 7. Also, check box 7 above.

• With Forms 5498, file by May 31, 2019.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following three-line address |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

**For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.**     Cat. No. 14400O     Form **1096** (2018)

Form **1040X**
(Rev. January 2018)

Department of the Treasury — Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

► Go to *www.irs.gov/Form1040X* for instructions and the latest information.

OMB No. 1545-0074

This return is for calendar year  [X] 2017   [ ] 2016   [ ] 2015   [ ] 2014

Other year. Enter one: calendar year _____ **or fiscal year** (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Dennis C | Gomas Sr. | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Suzanne R | Gomas | |

Current home address (number and street). If you have a P.O. box, see instructions.  | Apt. no. | Your phone number

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| US | | |

**Amended return filing status.** You **must** check one box even if you are not changing your filing status. **Caution:** In general, you can't change your filing status from a joint return to separate returns after the due date.

[ ] Single
[ ] Head of household (If the qualifying person is a child but not your dependent, see instructions.)
[X] Married filing jointly
[ ] Married filing separately   [ ] Qualifying widow(er)

**Full-year coverage.**
If all members of your household have full-year minimal essential health care coverage, check 'Yes.' Otherwise, check 'No.' See instructions.

[X] Yes   [ ] No

| Use Part III on page 2 to explain any changes | | **A. Original amount** or as previously adjusted (see instructions) | **B. Net change** — amount of increase or (decrease) — explain in Part III | **C. Correct amount** |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If a net operating loss (NOL) carryback is included, check here. ► [ ]  **1** | 1,190,999. | -1,209,571. | -18,572. |
| 2 | Itemized deductions or standard deduction  **2** | 15,200. | | 15,200. |
| 3 | Subtract line 2 from line 1  **3** | 1,175,799. | -1,209,571. | -33,772. |
| 4 | Exemptions. **If changing,** complete Part I on page 2 and enter the amount from line 29.  **4** | | 8,100. | 8,100. |
| 5 | Taxable income. Subtract line 4 from line 3  **5** | 1,175,799. | -1,217,671. | -41,872. |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): Table  **6** | 410,841. | -410,841. | |
| 7 | Credits. If a general business credit carryback is included, check here. ►[ ] **7** | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0-  **8** | 410,841. | -410,841. | 0. |
| 9 | Health care: individual responsibility (see instructions)  **9** | | | |
| 10 | Other taxes  **10** | | | |
| 11 | Total tax. Add lines 8, 9, and 10  **11** | 410,841. | -410,841. | |
| **Payments** | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. (**If changing,** see instructions.)  **12** | 6,798. | | 6,798. |
| 13 | Estimated tax payments, including amount applied from prior year's return  **13** | | | |
| 14 | Earned income credit (EIC)  **14** | | | |
| 15 | Refundable credits from: [ ] Schedule 8812  [ ] Form(s) 2439  [ ] 4136  [ ] 8863  [ ] 8885  [ ] 8962 or  [ ] other (specify):  **15** | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed  **16** | | | 405,461. |
| 17 | Total payments. Add lines 12 through 15, column C, and line 16  **17** | | | 412,259. |
| **Refund or Amount You Owe** | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS  **18** | | | |
| 19 | Subtract line 18 from line 17 (If less than zero, see instructions.)  **19** | | | 412,259. |
| 20 | **Amount you owe.** If line 11, column C, is more than line 19, enter the difference  **20** | | | |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount **overpaid** on this return  **21** | | | 412,259. |
| 22 | Amount of line 21 you want **refunded to you**  **22** | | | 412,259. |
| 23 | Amount of line 21 you want **applied to you** (enter year): _____ estimated tax.  **23** | | | |

**Complete and sign this form on Page 2.**

**BAA   For Paperwork Reduction Act Notice, see instructions.**   FDIA1812L   10/04/17   Form **1040X** (Rev. 1-2018)

Form 1040X (Rev. 1-2018)   Dennis C Sr. and Suzanne R Gomas                                    ▮▮▮▮▮▮   Page 2

| **Part I** | **Exemptions** |
|---|---|

Complete this part **only** if any information relating to exemptions has changed from what you reported on the return you are amending. This would include a change in the number of exemptions, either personal exemptions or dependents.

| See *Form 1040 or Form 1040A instructions and Form 1040X instructions.* | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|
| 24 | Yourself and spouse. **Caution:** If someone can claim you as a dependent, you can't claim an exemption for yourself . . . . . . . . . . . . . . . . . . . . . . .   **24** | | | |
| 25 | Your dependent children who lived with you . . . . . . . . . . . . . . . . . . . . . . . . . . .  **25** | | | |
| 26 | Your dependent children who didn't live with you due to divorce or separation . . . . . . . . . . . . .  **26** | | | |
| 27 | Other dependents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **27** | | | |
| 28 | Total number of exemptions. Add lines 24 through 27 . . . . . . . . . . . . . . . . . . . .  **28** | | | |
| 29 | Multiply the number of exemptions claimed on line 28 by the exemption amount shown in the instructions for line 29 for the year you are amending. Enter the result here and on line 4 on page 1 of this form . . . . . . . . . . . . . . .  **29** | | | |

30   List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| **(a)** First name        Last name | **(b)** Dependent's social security number | **(c)** Dependent's relationship to you | **(d)** Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| **Part II** | **Presidential Election Campaign Fund** |
|---|---|

Checking below won't increase your tax or reduce your refund.

☐ Check here if you didn't previously want $3 to go to the fund, but now do.

☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| **Part III** | **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

► Attach any supporting documents and new or changed forms and schedules.

Please see attached statement.

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

**Sign Here**

► *[signature]*            2/8/2020        RETIRED
Your signature              Date            Your occupation

► *[signature]*            2/8/2020        RETIRED
Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation

**Paid Preparer Use Only**

► Tyler DeWitt                              DeWitt Law, PC
Preparer's signature         Date          Firm's name (or yours if self-employed)

Tyler DeWitt                               PO Box 342576
Print/type preparer's name                 Memphis, TN 38184
                                           Firm's address and ZIP code

▮▮▮▮▮▮   ☐ Check if self-employed   901-300-2788   ▮▮▮▮▮
PTIN                                       Phone number              EIN

For forms and publications, visit IRS.gov.     FDIA1812L  10/04/17          Form **1040X** (Rev. 1-2018)

Form **1040**   Department of the Treasury — Internal Revenue Service   (99)
**U.S. Individual Income Tax Return**   **2017**   OMB No. 1545-0074   IRS Use Only — Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2017, or other tax year beginning , 2017, ending , 20   See separate instructions.

Your first name and initial   Last name   **Your social security number**

Dennis C Gomas Sr.

If a joint return, spouse's first name and initial   Last name   **Spouse's social security number**

Suzanne R Gomas

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name   Foreign province/state/county   Foreign postal code

US

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.......
b ☒ Spouse.................................

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| (1) First name   Last name | | | |

If more than four dependents, see instructions and check here ▶ ☐

AMENDED

Boxes checked on 6a and 6b 2
No. of children on 6c who:
• lived with you .....
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ 2

d Total number of exemptions claimed.....................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2.................... | 7 | |
| 8a | Taxable interest. Attach Schedule B if required................. | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a....... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required.............. | 9a | 34. |
| b | Qualified dividends............... 9b 34. | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes......... | 10 | |
| 11 | Alimony received................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ............ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | –3,000. |
| 14 | Other gains or (losses). Attach Form 4797.................... | 14 | |
| 15a | IRA distributions......... 15a   b Taxable amount........ | 15b | 1,135,650. |
| 16a | Pensions and annuities.. 16a   b Taxable amount........ | 16b | 38,967. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F.................... | 18 | |
| 19 | Unemployment compensation............................ | 19 | |
| 20a | Social security benefits....... 20a   41,122. b Taxable amount.. | 20b | 0. |
| 21 | Other income. List type and amount See Statement 1 | 21 | –1,174,020. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ....... ▶ | 22 | –2,369. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses................................ | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ.......... | 24 | |
| 25 | Health savings account deduction. Attach Form 8889....... | 25 | |
| 26 | Moving expenses. Attach Form 3903................... | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE....... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans......... | 28 | |
| 29 | Self-employed health insurance deduction............... | 29 | |
| 30 | Penalty on early withdrawal of savings................. | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ 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 | 31a | 16,203. |
| 32 | IRA deduction.................................... | 32 | |
| 33 | Student loan interest deduction.................... | 33 | |
| 34 | Tuition and fees. Attach Form 8917.................. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903....... | 35 | |
| 36 | Add lines 23 through 35........................... | 36 | 16,203. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** .............. ▶ | 37 | –18,572. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   FDIA0112L   02/22/18   Form **1040** (2017)

Form **1040** (2017)   Dennis C Sr. and Suzanne R Gomas       Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | -18,572. |

**Standard Deduction for —**

• People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $6,350
Married filing jointly or Qualifying widow(er), $12,700
Head of household, $9,350

| | | |
|---|---|---|
| 39a | Check if: [X] **You were born before January 2, 1953,** [ ] Blind. [X] **Spouse was born before January 2, 1953,** [ ] Blind. | Total boxes checked ▶ 39a | 2 |

b If your spouse itemizes on a separate return or you were a dual-status alien, check here ... ▶ 39b [ ]

| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 15,200. |
|---|---|---|---|
| 41 | Subtract line 40 from line 38 | 41 | -33,772. |
| 42 | **Exemptions.** If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instrs | 42 | 8,100. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0. |
| 44 | **Tax** (see instructions). Check if any from: a [ ] Form(s) 8814  b [ ] Form 4972  c [ ] | 44 | 0. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | 47 | 0. |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other crs from Form: a [ ] 3800  b [ ] 8801  c [ ] | 54 | |
| 55 | Add lines 48 through 54. These are your **total credits** | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0. |

| | | | | |
|---|---|---|---|---|
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a [ ] 4137  b [ ] 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care individual responsibility (see instructions) full year coverage [X] | 61 | |
| | 62 | Taxes from: a [ ] Form 8959  b [ ] Form 8960  c [ ] Instrs; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 0. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 6,798. |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| | 66a | **Earned income credit (EIC)** | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a [ ] 2439  b [ ] Reserved  c [ ] 8885  d [ ] | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 6,798. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 6,798. |
| Direct deposit? See instructions. | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ [ ] | 76a | 6,798. |
| | ▶ b Routing number XXXXXXXXX  ▶ c Type: [ ] Checking [ ] Savings | | |
| | ▶ d Account number XXXXXXXXXXXXXXXXXXXXXX | | |
| | 77 | Amount of line 75 you want **applied to your 2018 estimated tax** ▶ 77 | | |

| | | | | |
|---|---|---|---|---|
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) 79 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] **Yes.** Complete below. [ ] **No**

Designee's name ▶ Tyler DeWitt   Phone no. ▶ (901)-300-2788   Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ | Date | Your occupation RETIRED | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation RETIRED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| Tyler DeWitt | Tyler DeWitt | | | |

Firm's name ▶ DeWitt Law, PC
Firm's address ▶ PO Box 342576   Firm's EIN ▶
Memphis, TN 38184   Phone no. 901-300-2788

FDIA0112L  02/22/18

Form **1040** (2017)

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

► Attach to Form 1040 or Form 1040NR.
► Go to *www.irs.gov/ScheduleD* for instructions and the latest information.
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **12**

Name(s) shown on return

Dennis C Sr. and Suzanne R Gomas

Your social security number

## Part I  Short-Term Capital Gains and Losses — Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b | 6,128. | 3,366. | | | 2,762. |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked | | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked | | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked | | | | | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | | | | **6** | -17,878. |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back | | | | **7** | -15,116. |

*AMENDED*

## Part II  Long-Term Capital Gains and Losses — Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b | | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked | | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked | | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked | | | | | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | | | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | | **12** | |
| **13** Capital gain distributions. See the instrs | | | | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | | | | **14** | -44,170. |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back | | | | **15** | -44,170. |

BAA  **For Paperwork Reduction Act Notice, see your tax return instructions.**
Schedule D (Form 1040) 2017

FDIA0612L  08/16/17

Schedule D (Form 1040) 2017   Dennis C Sr. and Suzanne R Gomas ▮▮▮▮▮▮ Page **2**

| **Part III** | **Summary** |
|---|---|

**16** Combine lines 7 and 15 and enter the result............................................................. | **16** | −59,286.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17** Are lines 15 and 16 **both** gains?

☐ **Yes.** Go to line 18.

☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet................................................... ► | **18** |

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet............................. ► | **19** |

**20** Are lines 18 and 19 **both** zero or blank?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. Don't complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of: | **21** | −3,000.

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500)

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule D (Form 1040) 2017

FDIA0612L  08/16/17

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Alternative Minimum Tax**
**Capital Gains and Losses**

► Attach to Form 1040 or Form 1040NR.
► Go to *www.irs.gov/ScheduleD* for instructions and the latest information.
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2017**

Attachment
Sequence No.  **12**

Name(s) shown on return

Dennis C Sr. and Suzanne R Gomas

Your social security number

**Part I**  **Short-Term Capital Gains and Losses — Assets Held One Year or Less**

| See instructions for how to figure the amounts to enter on the lines below.  This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . . . . . . . . . . . . . | 6,128. | 3,366. | | 2,762. |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . | | | | |

AMENDED

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . | 4 | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . | 5 | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part II on the back . . . . . . . . . . . . . . | 7 | 2,762. |

**Part II**  **Long-Term Capital Gains and Losses — Assets Held More Than One Year**

| See instructions for how to figure the amounts to enter on the lines below.  This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . . . . . . . . . . . . . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . | 12 | |
| **13** Capital gain distributions. See the instrs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |

**BAA  For Paperwork Reduction Act Notice, see your tax return instructions.**

FDIA0612L  08/16/17

Schedule D (Form 1040) 2017

Schedule D (Form 1040) 2017   Dennis C Sr. and Suzanne R Gomas ▮▮▮▮▮▮ Page **2**

| **Part III** | **Summary** | | Alternative Minimum Tax |
|---|---|---|---|

**16** Combine lines 7 and 15 and enter the result.......................................................... | **16** | 2,762.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17** Are lines 15 and 16 **both** gains?

  ☐ **Yes.** Go to line 18.

  ☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet.................................................. ▶ | **18** |

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet................................... ▶ | **19** |

**20** Are lines 18 and 19 **both** zero or blank?

  ☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Don't** complete lines 21 and 22 below.

  ☐ **No.** Complete the Schedule D Tax Worksheet in the instructions. Don't complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500) | **21** |

  **Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

  ☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).

  ☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

*(AMENDED — stamped across form)*

Schedule D (Form 1040) 2017

Schedule E (Form 1040) 2017 | Attachment Sequence No. **13** | Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.

Dennis C Sr. and Suzanne R Gomas

Your social security number

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II    Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach Form 6198. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ............    Yes    [X] No

| 28 | (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | MY PETS PRIDE, LLC | S | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

**AMENDED**

| 29 a | Totals ............... | | | | | |
|---|---|---|---|---|---|---|
| b | Totals ............... | | | | | |
| 30 | Add columns (g) and (j) of line 29a ... | | | | 30 | |
| 31 | Add columns (f), (h), and (i) of line 29b ... | | | | 31 | |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ................................................. | | | | 32 | |

## Part III    Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |

| 34 a | Totals ............... | | | | |
|---|---|---|---|---|---|
| b | Totals ............... | | | | |
| 35 | Add columns (d) and (f) of line 34a ................................... | | | 35 | |
| 36 | Add columns (c) and (e) of line 34b ................................... | | | 36 | |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ..................... | | | 37 | |

## Part IV    Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............. | 39 | |
|---|---|---|---|

## Part V    Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ........................ | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ............................ ▶ | 41 | |
| 42 | Reconciliation of farming and fishing income. Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) ............... | 42 | |
| 43 | Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ........ | 43 | |

BAA                    FDIZ2302L   10/23/17                    Schedule E (Form 1040) 2017

**DeWitt**
—LAW—

Kirby Whitten Road, Suite 106
phis, TN 38134

Department of the Treasury
Internal Revenue Service
Austin, TX  73301-0052

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Dept of Treasury<br>IRS<br>Austin, TX 73301-0052 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4955 9063 2562 22 | 3.  Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

O F F I C I A L   U S E

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark
Here

Sent To     Dept of Treasury
Street and Apt. No., or PO Box No.   IRS
City, State, ZIP+4®   Austin TX 7330I-0052

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7019 2970 0002 2198 3381  (repeated)  CERTIFIED MAIL

**EXHIBIT B**

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
3848 W Columbus Dr, Ste A
Tampa FL 33607-5768

**Date:**
February 17, 2021
**Taxpayer ID number (last 4 digits):**
1627
**Form:**
1040
**Tax periods ended:**         **Claim amount:**
December 31, 2017   $410,841.00
**Date claim received:**
June 12, 2020
**Person to contact:**
Christie Perez
**Employee ID number:**

**Contact telephone number:**
813-302-5529
**Last date to respond to this letter:**
March 19, 2021

DENNIS C & SUZANNE R SR GOMAS



Dear  DENNIS C & SUZANNE R SR GOMAS:

We examined your claim and propose:

☐ Partial disallowance, as shown in the enclosed examination report. If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form* and Form 3363, *Acceptance Form.*

☒ Full disallowance, as shown in the enclosed examination report or at the end of this letter. If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form* and Form 3363, *Acceptance Form.*

☐ Full disallowance with additional tax due, as shown in the enclosed examination report. If you accept our findings, please sign and return the enclosed Form 2297, *Waiver Form* and the examination report.

*Note: If your claim involves a joint return, both taxpayers must sign the form(s).*

If you are a "C" Corporation filer, Section 6621(c) of the Internal Revenue Code provides for an interest rate 2% higher than the standard interest rate on deficiencies of $100,000 or more.

If you don't agree with our findings, you may request a meeting or telephone conference with the supervisor of the person identified in the heading of this letter. If you still don't agree with our findings, we recommend that you request a conference with our Appeals Office. If you request a conference, we will forward your request to the Appeals Office and they will contact you to schedule an appointment.

If the proposed change to tax is:

• $25,000 or less for *each* referenced tax period; you may send us a letter requesting Appeals consideration, indicating what you don't agree with and the reasons why you don't agree.

• More than $25,000 for *any* referenced tax period; you must submit a formal protest.

The requirements for filing a formal protest are explained in the enclosed Publication 3498, *The Examination Process.* Publication 3498 also includes information on your *Rights as a Taxpayer* and the *IRS Collection Process.*

If you don't respond by the date shown in the heading of this letter, we will process your case based on the adjustments shown in the enclosed examination report or the explanations given at the end of this letter.

**Letter 569 (Rev. 6-2017)**
Catalog Number 40248G

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. Thank you for your cooperation.

Sincerely,

Christie Perez
Revenue Agent

Enclosures:
☒ Examination Report
Form 2297
☒ Form 3363
Publication 3498
Envelope

**Letter 569 (Rev. 6-2017)**
Catalog Number 40248G

Department of the Treasury-Internal Revenue Service

Form **4549-A**
(August 2019)

# Report of Income Tax Examination Changes
## (Unagreed and Excepted Agreed)

| Name and address of taxpayer | Taxpayer identification number | Return form number |
|---|---|---|
| DENNIS C & SUZANNE R SR GOMAS | | 1040 |

| | Person with whom examination changes were discussed. | Name and title |
|---|---|---|
| | | DENNIS C & SUZANNE R SR GOMAS |

| | **Period Ended** 12/31/2017 | **Period Ended** | **Period Ended** |
|---|---|---|---|
| **1. Adjustments to income** | | | |
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| **2. Total adjustments** | 0.00 | | |
| 3. Taxable income per return or as previously adjusted | 1,175,799.00 | | |
| **4. Corrected taxable income** | 1,175,799.00 | | |
|     Tax method | TAX RATE | | |
|     Filing status | Joint | | |
| **5. Tax** | 410,841.00 | | |
| **6. Additional taxes/Alternative minimum tax** | | | |
| **7. Corrected tax liability** | 410,841.00 | | |
| **8. Less** a. | | | |
|    credits b. | | | |
|    c. | | | |
|    d. | | | |
| **9. Balance** *(line 7 less lines 8a through 8d)* | 410,841.00 | | |
| **10. Plus** a. | | | |
|   other b. | | | |
|   taxes c. | | | |
|   d. | | | |
| 11. Total corrected tax liability *(line 9 plus lines 10a through 10d)* | 410,841.00 | | |
| 12. Total tax shown on return or as previously adjusted | 410,841.00 | | |
| 13. Adjustments to: a. | | | |
|    b. | | | |
|    c. | | | |
| 14. Deficiency-Increase in tax or *(overassessment-decrease in tax)* *(line 11 less line 12 adjusted by lines 13a through 13c)* | 0.00 | | |
| 15. Adjustments to prepayment credits - increase *(decrease)* | | | |
| 16. **Balance due or *(overpayment)*** - *(line 14 adjusted by line 15) (excluding interest and penalties)* | 0.00 | | |

Catalog Number 23110T        www.irs.gov        Form **4549-A** (Rev. 8-2019)

| Name of taxpayer<br>DENNIS C & SUZANNE R SR GOMAS | Taxpayer identification number | Return form number<br>1040 |
|---|---|---|

| 17.  Penalties, additions to tax, and additional amounts -- IRC sections | Period Ended<br>12/31/2017 | Period Ended | Period Ended |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18.  Total penalties, additions to tax, and additional amounts | | | |

| 19.  Summary of taxes, penalties and interest | | | |
|---|---|---|---|
| a.  Balance due or *(overpayment)* taxes - *(line 16, page 1)* | 0.00 | | |
| b.  Penalties and additions *(line 18)* - computed to 02/09/2021 | | | |
| c.  Interest* *(IRC § 6601)* - estimated and computed to 03/11/2021 | 0.00 | | |
| d.  Amount due or *(refund)* - *(sum of lines a, b, and c)* | 0.00 | | |

*Interest, as provided by law, will be charged on any unpaid amount until it is paid in full.

Other information

NO CHANGE SUBJECT TO APPROVAL BY AREA DIRECTOR, AREA MANAGER, OR DIRECTOR OF FIELD OPERATIONS.

| Examiner's name<br>Christie Perez | Employee ID | Office | Tampa, FL |
|---|---|---|---|
| Examiner's signature | | | Date<br>02/09/2021 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 8-2019) |
|---|---|---|

Form **2297**
(Rev. March 1982)

Department of the Treasury-Internal Revenue Service

# Waiver of Statutory Notification of Claim Disallowance

I, ___DENNIS C & SUZANNE R SR GOMAS,___ ▮▮▮▮ of ___▮▮▮▮▮▮▮▮___
    (Name, SSN or EIN)                                    (Number, Street, City or Town, State, ZIP Code)

▮▮▮▮▮▮▮▮

waive the requirement under Internal Revenue Code section 6532(a)(1 ) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

### Claims

| (a) Taxable Period Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| December 31, 2017 | Income | 410,841.00 | 410,841.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her. | Your Signature ➤ | _____ (Date signed) |
| For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed. | Spouse's's Signature If A Joint Return Was Filed ➤ | _____ (Date signed) |
| For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership. | Taxpayer's Representative Sign Here ➤ | _____ (Date signed) |
| | Partnership/ Corporate Name: | |
| For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed. | Partners/ Corporate Officers Sign Here ➤ | _____ (Title) _____ (Date signed) |
| For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign. | ➤ | _____ (Title) _____ (Date signed) |

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

Department of the Treasury — Internal Revenue Service

Form **3363**
(Rev. November 1983)

# Acceptance of Proposed Disallowance of Claim for Refund or Credit

Name(s), SSN or EIN, and address of taxpayer(s) *(Number, Street, City or Town, State, ZIP Code)*

DENNIS C & SUZANNE R SR GOMAS

| Year or Period | Date Claim Filed | Kind of Tax | Amount of Claim | Amount of Claim Disallowed | Amount of Claim Allowed |
|---|---|---|---|---|---|
| December 31, 2017 | 6/12/2020 | Income | 410,841.00 | 410,841.00 | |
| | | | | | |
| | | | | | |
| | | | | | |

I accept the proposal of the Internal Revenue Service to disallow the claim(s) to the extent described above. This means only that I do not want the Service to consider the claim(s). It does not waive my right to file suit on the disallowance.

If you file this acceptance for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

**Your Signature** ▶ _____ (Date)

**Spouse's Signature If A Joint Return Was Filed** ▶ _____ (Date)

**Taxpayer's Representative Sign Here** ▶ _____ (Date)

**Partnership/ Corporate Name** ▶ _____

**Partners/ Corporate Officers Sign Here** ▶ _____ (Title) _____ (Date)

_____ (Title) _____ (Date)

Dennis & Suzanne Gomas Sr
F1040-201712 201812
Other Income

|              | 201712  |   | 201812  |   |
|--------------|---------|---|---------|---|
| Per Return   | $       | - | $       | - |
| Per Exam     | $       | - | $       | - |
| Adjustment   | $       | - | $       | - |

**Audit Technique**

The taxpayers filed a Form 1040X for the 2017 and 2018 tax years claiming negative "other income"
in the amounts of ( -$1,174,020) in 2017 and (-$1,245,727) in 2018.

Requested documentation on several occasions, asking the taxpayers to support this reduction to their income.

The taxpayer's power of attorney, Tyler Dewitt, provided a Form 1096 Remittace with a corresponding Form 1099-MISC (Copy A)
made out to a Suzanne Anderson for "Other Income" in the amount of $1,174,020 for 2017 and $1,245,727 for 2018.
In addition Mr. Dewitt, included a letter of explanation citing the reasoning behind the taxpayer's filing amended returns for
2017 and 2018.

The letter stated the following:
The taxpayer's had previously owned and operated an S-Corporation between the years of 2014 thru 2016
In 2016 the taxpayer retired and claims to have transferred his management duties to his daughter,
Suzanne Anderson.  Shortly thereafter, Ms. Anderson informed the taxpayer's that a lawsuit had been initiated against the
company.  She then requested the taxpayers provide financial assistance for the proposed legal fees.
The taxpayers purportedly provided Ms. Anderson with monies equal to the amounts listed above in both 2017 and 2018.
According to a statement prepared by Mr. Dewitt, in 2020 the taxpayers were led to believe that the monies they had
provided to Ms Anderson were obtained under fraudulent circumstances.
At that time, they contacted authorities to pursue legal action against Ms. Anderson.
It is also at this time, they decided to file amended returns to recoup their losses.

The Revenue Agent reviewed the documentation provided and could find no evidence that the 1099-MISC nor
the 1096 transmittal were received by the Internal Revenue Service.
Upon questioning Mr. Dewitt, he claimed the taxpayer's prepared the above forms to offset retirement distributions they had taken.
However, they never issued the forms to Ms. Anderson, nor did they submit them for processing by the Internal Revenue Service.

Requested documentation regarding the legal investigation and the taxpayer's bank statements for the years in question.

Received a letter from Special Agent James Gau with Florida Department of Law Enforcement informing "All Concerned"
that there is an on going investigation into identity theft involving the taxpayers.
No specific incidents or information was provided by Special Agent James Gau that would be beneficial to this examination.

Taxpayer's provided bank statements for their personal checking account held with SunTrust Bank for the years in question.
The taxpayers provided an email which purportedly represented a "Settlement Agreement" reached between parties pertaining
to a lawsuit.  The taxpayers also had alledged that Ms. Anderson had taken control of their account and diverted their income.

Revenue Agent attempted to find any evidence of a legal filing being made for this alledged lawsuit and/or settlement and
could not.

The Revenue Agent prepared a bank deposit analysis for the 2017 and 2018 years and found that
contrary to the taxpayer's statements of theft or diversion, the distributions they received from their retirement accounts were
received by electronic funds transfers directly into their own personal SunTust Account.  No diversion of funds could be found.

Revenue Agent could find no evidence of withdrawals (either by check, cash or electronic methods) being made to Ms. Anderson which might substantiate payments to her and a potential loss.

The taxpayer's retirement accounts are held by Etrade and included with the other information provided, were Etrade Genie Broker Interaction Logs.  The logs are dated and time stamped and they represent interaction with Etrade personnel.  Clients are validated prior to every interaction and required to authenticate themselves prior to any dealings with the Etrade personnel. The logs show that the taxpayer had frequent contacts with Etrade and chronicles him authorizing withdrawals.  See attached.

Based upon all of the facts and materials submitted and examined, it is the governments position that the taxpayer did receive distributions in the amounts shown above and per Internal Revenue Code 61 are required to report all income received. The taxpayers did report all income received on their originally filed Form 1040's for both 2017 and 2018. The matter before us in this examination is the Amended Returns filed by the taxpayers wanting to remove this taxable income from their return and receive a refund of taxes paid based upon their assertion that they were defrauded. It is the governments position that the taxpayers have not provided sufficient evidence that would entitle them to remove this income from their return and therefore, their request is being denied.

| Date | Amount | Type | | Date | Amount | Type |
|---|---|---|---|---|---|---|
| 1/3/2017 | $ 100,000.00 | Wire Out | | 1/3/2018 | $ 225.00 | Wire Out |
| 2/17/2017 | $ 6,750.00 | Withdrawl | | 1/4/2018 | $ 28,000.00 | Wire Out |
| 4/13/2017 | $ 40,300.00 | Wire Out | | 1/9/2018 | $ 7,920.00 | Wire Out |
| 5/5/2017 | $ 127,000.00 | Wire Out | | 1/10/2018 | $ 14,130.00 | Wire Out |
| 5/19/2017 | $ 7,500.00 | Wire Out | | 1/17/2018 | $ 23,850.00 | Wire Out |
| 6/21/2017 | $ 15,000.00 | Wire Out | | 1/23/2018 | $ 21,600.00 | Wire Out |
| 7/5/2017 | $ 20,300.00 | Wire Out | | 1/26/2018 | $ 17,280.00 | Wire Out |
| 7/7/2017 | $ 12,000.00 | Wire Out | | 1/31/2018 | $ 5,310.00 | Wire Out |
| 7/20/2017 | $ 23,000.00 | Wire Out | | 2/2/2018 | $ 21,690.00 | Wire Out |
| 7/25/2017 | $ 3,250.00 | Wire Out | | 2/5/2018 | $ 15,210.00 | Wire Out |
| 8/2/2017 | $ 25,200.00 | Wire Out | | 2/9/2018 | $ 14,350.00 | Wire Out |
| 8/3/2017 | $ 6,000.00 | Wire Out | | 2/14/2018 | $ 7,020.00 | Wire Out |
| 8/9/2017 | $ 7,200.00 | Wire Out | | 2/15/2018 | $ 13,995.00 | Wire Out |
| 8/11/2017 | $ 30,250.00 | Wire Out | | 2/21/2018 | $ 3,150.00 | Wire Out |
| 8/15/2017 | $ 9,200.00 | Wire Out | | 2/23/2018 | $ 14,040.00 | Wire Out |
| 8/18/2017 | $ 7,000.00 | Wire Out | | 2/28/2018 | $ 4,815.00 | Wire Out |
| 8/22/2017 | $ 21,500.00 | Wire Out | | 3/1/2018 | $ 17,100.00 | Wire Out |
| 8/24/2017 | $ 22,000.00 | Wire Out | | 3/2/2018 | $ 16,900.00 | Wire Out |
| 9/6/2017 | $ 41,000.00 | Wire Out | | 3/7/2018 | $ 15,975.00 | Wire Out |
| 9/7/2017 | $ 44,300.00 | Wire Out | | 3/9/2018 | $ 3,937.50 | Wire Out |
| 9/15/2017 | $ 12,500.00 | Wire Out | | 3/13/2018 | $ 9,630.00 | Wire Out |
| 9/18/2017 | $ 1,650.00 | TRF to XXX8664-1 | | 3/14/2018 | $ 5,670.00 | Wire Out |
| 9/22/2017 | $ 15,200.00 | Wire Out | | 3/16/2018 | $ 3,150.00 | Wire Out |
| 9/26/2017 | $ 36,000.00 | Wire Out | | 3/21/2018 | $ 4,590.00 | Wire Out |
| 10/3/2017 | $ 28,000.00 | Wire Out | | 3/26/2018 | $ 3,550.00 | Wire Out |
| 10/11/2017 | $ 45,000.00 | Wire Out | | 3/28/2018 | $ 3,847.50 | Wire Out |
| 10/23/2017 | $ 34,000.00 | Wire Out | | 3/29/2018 | $ 5,200.00 | Wire Out |
| 11/1/2017 | $ 23,000.00 | Wire Out | | 4/2/2018 | $ 3,300.00 | Wire Out |
| 11/7/2017 | $ 8,500.00 | Wire Out | | 4/4/2018 | $ 10,000.00 | Wire Out |
| 11/13/2017 | $ 30,750.00 | Wire Out | | 4/10/2018 | $ 5,000.00 | Wire Out |
| 11/20/2017 | $ 35,000.00 | Wire Out | | 4/11/2018 | $ 6,000.00 | Wire Out |
| 11/29/2017 | $ 12,500.00 | Wire Out | | 4/12/2018 | $ 9,200.00 | Wire Out |
| 11/30/2017 | $ 199,000.00 | Wire Out | | 4/13/2018 | $ 12,000.00 | Wire Out |
| 12/7/2017 | $ 14,800.00 | Wire Out | | 4/16/2018 | $ 416,000.00 | Wire Out |
| 12/13/2017 | $ 31,200.00 | Wire Out | | 4/19/2018 | $ 12,600.00 | Wire Out |
| 12/19/2017 | $ 6,000.00 | Wire Out | | 4/24/2018 | $ 9,300.00 | Wire Out |
| 12/21/2017 | $ 22,400.00 | Wire Out | | 4/25/2018 | $ 4,000.00 | Wire Out |
| 12/28/2017 | $ 10,650.00 | Wire Out | | 4/30/2018 | $ 14,850.00 | Wire Out |
| | $ 1,134,900.00 | | | 5/4/2018 | $ 8,875.00 | Wire Out |
| | ============== | | | 5/8/2018 | $ 5,200.00 | Wire Out |
| | | | | 5/9/2018 | $ 14,000.00 | Wire Out |
| | | | | 5/14/2018 | $ 9,400.00 | Wire Out |
| | | | | 5/17/2018 | $ 6,550.00 | Wire Out |
| | | | | 5/18/2018 | $ 7,100.00 | Wire Out |
| | | | | 5/23/2018 | $ 10,000.00 | Wire Out |
| | | | | 5/24/2018 | $ 4,700.00 | Wire Out |
| | | | | 5/29/2018 | $ 5,700.00 | Wire Out |

| Date | | Amount | Type |
|---|---|---|---|
| 5/30/2018 | $ | 7,500.00 | Wire Out |
| 6/4/2018 | $ | 7,400.00 | Wire Out |
| 6/6/2018 | $ | 7,700.00 | Wire Out |
| 6/8/2018 | $ | 7,500.00 | Wire Out |
| 6/13/2018 | $ | 6,800.00 | Wire Out |
| 6/18/2018 | $ | 3,800.00 | Wire Out |
| 6/20/2018 | $ | 11,375.00 | Wire Out |
| 6/25/2018 | $ | 6,425.00 | Wire Out |
| 6/26/2018 | $ | 5,550.00 | Wire Out |
| 6/27/2018 | $ | 4,500.00 | Wire Out |
| 6/29/2018 | $ | 6,500.00 | Wire Out |
| 7/5/2018 | $ | 12,450.00 | Wire Out |
| 7/9/2018 | $ | 142,800.00 | Wire Out |
| 7/12/2018 | $ | 7,500.00 | Wire Out |
| 7/17/2018 | $ | 8,600.00 | Wire Out |
| 7/19/2018 | $ | 9,500.00 | Wire Out |
| 7/24/2018 | $ | 7,700.00 | Wire Out |
| 7/25/2018 | $ | 9,150.00 | Wire Out |
| 7/27/2018 | $ | 7,000.00 | Wire Out |
| 8/1/2018 | $ | 5,500.00 | Wire Out |
| 8/2/2018 | $ | 3,750.00 | Wire Out |
| 8/7/2018 | $ | 2,075.00 | Wire Out |
| 8/8/2018 | $ | 2,500.00 | Wire Out |
| 8/9/2018 | $ | 2,700.00 | Wire Out |
| 8/10/2018 | $ | 4,100.00 | Wire Out |
| 8/15/2018 | $ | 2,450.00 | Wire Out |
| 8/28/2018 | $ | 56.71 | Check to De |
| | $ | 1,178,791.71 | |

===============

Dennis & Suzanne Gomas Sr
F1040-201712 201812
Social Security Benefits

|  | 201712 | 201812 |
|---|---|---|
| Per Return | $  41,122.00 | $  41,950.00 |
| Per Exam | $  41,122.00 | $  41,950.00 |
| Adjustment | $          - | $          - |

**Audit Technique**

The taxpayer reported social security benefits of $41,122 in 2017 and $41,950 in 2018.

He filed a Form 1040X claiming that none of the benefits received were taxable because he did not receive the funds.

SunTrust bank accounts were provided for 2017 and 2018.  The taxpayer clearly received Social Security income by transfers into his account from the Social Security Administration.

Based upon all of the facts and materials submitted and examined, it is the governments position that the taxpayer did receive distributions in the amounts shown above and per Internal Revenue Code 61 are required to report all income received. The taxpayers did report all income received on their originally filed Form 1040's for both 2017 and 2018. The matter before us in this examination is the Amended Returns filed by the taxpayers wanting to remove this taxable income from their return and receive a refund of taxes paid based upon their assertion that they were defrauded. It is the governments position that the taxpayers have not provided sufficient evidence that would entitle them to remove this income from their return and therefore, their request is being denied.

**EXHIBIT C**

---

## FORMAL PROTEST & REQUEST FOR APPEALS CONSIDERATION

---

**Taxpayers' Names, Address, and Social Security Numbers**

Taxpayers' Names:         Dennis C. Gomas Sr
                          Suzanne R. Gomas

Taxpayers' Address:       ███████████
                          ████████████████

Taxpayers' SSNs:          ███████████████
                          ████████████████

Taxpayers' Telephone:     (352) 667-1092

Representative's Telephone:  (901) 300-2788

**Taxpayer's Statement Requesting a Conference**
Taxpayers respectfully request a formal appeals conference to resolve this matter.

**Copy of IRS Correspondence**
Copies of all relevant IRS correspondence are attached to this formal protest, including the IRS Form 4549 dated February 17, 2021.

**Tax Periods Involved**
2017, 2018

Mr. and Mrs. Gomas (the "Taxpayers") respectfully disagree with the conclusions that were reached by the IRS in disallowing their amended federal income tax returns for tax years 2017 and 2018.

**Statement of Fact**

The Taxpayers respectfully dispute the determinations made by the IRS in their disallowance of the amended 2017 and 2018 federal income tax returns filed by the Taxpayers. Substantiation was submitted in the form of bank statements, cancelled checks, and receipts to support the Taxpayers' position with respect to the items amended on the 2017 and 2018 tax returns. The substantiation provided by the Taxpayers does not support the proposed conclusions by the IRS.

The Taxpayers are victims of a terrible fraud scheme committed by Mrs. Gomas' daughter, Suzanne Anderson ██████████████████ Ms. Anderson used her relationship with the Taxpayers to gain access to their personal identification, financial account login information, and other

Page 2 of 4

highly sensitive information. Ms. Anderson's fraudulent schemes started small, then proceeded to include six-figure transactions. At first, the Taxpayers used their disposable income and home equity to pay what they believed were legitimate business expenses. They were ultimately forced in 2017 and 2018 to take distributions from Mr. Gomas' retirement account until discovering the fraud in 2019.

Prior to 2017, the Taxpayers decided to step back from their family business, My Pets Pride LLC (an IRS subchapter S corporation), to begin retirement. They decided to entrust the day-to-day management of the business to Ms. Anderson. In 2017, shortly after Ms. Anderson took over management duties, she frantically approached the Taxpayers claiming that the business was facing a lawsuit and that the Taxpayers would go to jail if they did not hire a lawyer. Ms. Anderson then stole the identity of a Tampa attorney, Anthony Rickman, by creating a Gmail account that was similar to the actual Anthony Rickman's e-mail address. She used the fake Anthony Rickman e-mail address to explain the nature of the legal issues and to send invoices for legal fees.

The Taxpayers were stunned and led to believe that they would lose their business and go to jail. Once Ms. Anderson realized how successful this scheme was, she began raising more and more issues requiring emergency legal assistance. Ms. Anderson was meticulous in her scheme. She used her close relationship with the Taxpayers to assure them she would handle these serious issues. Ms. Anderson would conveniently volunteer to handle these legal matters for the business and be the individual handling in-person meetings with the "attorney". As the scheme continued, legal matters would always miraculously be resolved before the need for an in-person trial or hearing. The fake "Mr. Rickman" always found a clever way to speak with the Taxpayers over the phone or via video-conference.

The transactions at issue in this matter are relatively easy to track. Ms. Anderson, through either the fake "Mr. Rickman" invoices or other fraudulent documents, would request money from the Taxpayers to pay the expenses on behalf of the business. At first, Ms. Anderson would request checks made payable to herself but later only requested cash. Attached with this letter are copies of the Taxpayers' 2017 and 2018 e-Trade account statements showing the transaction history for the retirement account distributions. Every penny of these distributions was paid to Ms. Anderson.

In 2019, after nearly losing their home to foreclosure, having their social security and pension checks diverted from their personal accounts to fraudulent accounts opened by Ms. Anderson, and losing their life savings, the Taxpayers were finally made aware by a friend of Ms. Anderson's nefarious conduct. The Taxpayers promptly contacted law enforcement and an investigation was launched. I have attached with this letter a copy of a letter from Special Agent Jim Gau from the Florida Department of Law Enforcement. This letter states that Mr. Gau is leading the investigation of Ms. Anderson and that he is in the process of creating charging documents to arrest and convict Ms. Anderson.

In light of the foregoing summary and the documents provided to the IRS through the examination, the Taxpayers respectfully submit that the distributions from the retirement account

at issue were ordinary and necessary business expenses they reasonably believed at the time of the transactions were to pay for business-related legal services and other business expenses. These expenses were ultimately discovered years later to be fraudulently induced by Ms. Anderson. Therefore, the Taxpayers' 2017 and 2018 federal income tax returns should be amended to reflect the unreimbursed partnership expenses incurred for these periods and Ms. Anderson should be subject to income tax on the gross income she fraudulently obtained.

**Law and Authority in Support of Items in Dispute**

See generally, I.R.C. § 162; Klein v. Comm'r, 25 T.C. 1045, 1052 acq., 1956-2 C.B. 4 (1956).

The Taxpayers respectfully dispute the proposed disallowance of their amended 2017 and 2018 federal income tax returns. Adequate substantiation was provided to support the disputed adjustments to income.

For the foregoing reasons, the Taxpayers respectfully request that this matter be transferred to the IRS Office of Appeals. The undersigned counsel will supplement this formal Protest with additional information that may become available as the criminal investigation into Ms. Anderson continues.

[1]Respectfully Submitted,

Tyler DeWitt, Esq.

DeWitt Law, PC
PO Box 342576
Memphis, TN 38184
Phone  (901) 300-2788
Fax     (901) 209-0090

Dated: March 19, 2021

---

[1] **Under the penalty of perjury, I, *Tyler DeWitt*, Representative, declare that I have submitted this protest and accompanying documents and I do not know personally that the facts stated in the protest and accompanying documents are true and correct.**

**EXHIBIT D**



**Department of the Treasury
Internal Revenue Service
Independent Office of Appeals**
2203 North Lois Avenue
Suite 812
Tampa, FL 33607


DENNIS C & SUZANNE R GOMAS SR

████████████████████

**Date:** 6 3 0 9 2 2

**Person to contact:**
  Name: Eric H Goodwin
  Employee ID Number: 1000250726
  Phone: 813-367-8435
  Fax: 844-217-9094
  Hours: 8:00-4:30
**Re:**
  Income
**Tax periods ended:**
  12/2017 12/2018
**Form number:**
  1040
**Amount of claim:**
  $410,841 (2017) and $31,289 (2018)
**Date claim received:**
  2/24/2020
**Taxpayer ID number:**
  ████████████

**Certified Mail**

Dear Dennis C & Suzanne R Gomas Sr:

We considered your protest and the evidence and arguments submitted in support of the above claim for refund of tax. We can't allow the above claim for an adjustment to your tax for the following reasons:

Your deductions claimed on "Other Income" are not allowed.

We based our decision on the provisions of the IRS laws and regulations. This letter is your legal notice that we fully disallowed your claim.

If you want to bring suit or proceedings for the recovery of any tax, penalties or other moneys shown on this disallowance notice, you can file suit with the United States District Court having jurisdiction or with the United States Court of Federal Claims. Generally, the law requires you to file suit within two years from the mailing date of this letter. However, if you signed Form 2297, Waiver of Statutory Notification of Claim Disallowance, the two-year period in which to bring suit began on the date you filed the waiver.

For additional overpayment interest, you must file suit within six years from the date of the original scheduled overpayment, in accordance with Title 28 of the United States Code Sections 2401, Time for Commencing Action Against the United States, and 2501, Time for Filing Suit. Your six-year period hasn't been shortened or extended by the filing of your claim.

If you have questions, contact the person at the top of this letter.

Sincerely,

*Nina S. White*

Nina S White
Appeals Team Manager

Enclosures:
IRS Appeals Survey

cc: Tyler H Dewitt

**Letter 1364 (Rev. 10-2021)**
Catalog Number 40675R